■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v
JOMO KELLMAN, Appellant. [614 NYS2d 12] —Judgment, Su-
preme Court, New York County (Ira Beal, J.), rendered Octo-
ber 27, 1992, convicting defendant, upon his plea of guilty, of
criminal possession of a weapon in the third degree, and
sentencing him as a second felony offender, to a term of 2 to 4
years, unanimously affirmed.

The arresting officer's testimony that defendant appeared to
be tampering with a public telephone and made a quick hand
movement to his open shoulder bag in response to another
officer's announcement of his identity and inquiry as to defen-
dant's activity was not incredible as a matter of law, and, in
the context of a rapidly unfolding street encounter, justified
the officer's belief that he and his partner were in imminent
danger *(see, People v Benjamin,* 51 NY2d 267, 270-271). Ac-
cordingly, the officer properly grabbed defendant's hand and
seized defendant's gun. Concur—Rosenberger, J. P., Wallach,
Kupferman, Ross and Nardelli, JJ.

■ In the Matter of the Estate of J.G. PHELPS STOKES,
Deceased. ST. VINCENT'S HOSPITAL AND MEDICAL CENTER OF
NEW YORK, Respondent; RECTOR, WARDENS AND VESTRY OF
GRACE CHURCH, Appellant. [614 NYS2d 132] —Decree, Surrogate's
Court, New York County (Renee Roth, S.), entered June 22,
1993, unanimously affirmed for the reasons stated by Roth, S.,
without costs and without disbursements. No opinion. Concur
—Rosenberger, J. P., Wallach, Kupferman, Ross and Nardelli,
JJ.